# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00420-CV

Greg Abbott, in His Official Capacity as Governor of the State of Texas; Jaime Masters, in Her Official Capacity as Commissioner of the Texas Department of Family and Protective Services; and the Texas Department of Family and Protective Services, Appellants

v.

PFLAG, Inc.; Mirabel Voe, Individually and as Parent and Next Friend of Antonio Voe, a Minor; Wanda Roe, Individually and as Parent and Next Friend of Tommy Roe, a Minor; and Adam Briggle and Amber Briggle, Individually and as Parents and Next Friends of M.B., a Minor, Appellees

### FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-22-002569, THE HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

## **O R D E R**

**PER CURIAM**

Appellees, Mirabel Voe, individually and as parent and next friend of Antonio Voe, a minor, and Wanda Roe, individually and as parent and next friend of Tommy Roe, a minor, have filed an emergency motion for temporary injunctive relief pursuant to Rule 29.3. Appellees ask the Court to grant temporary relief and reinstate the trial court's July 8, 2022 order granting their application for a temporary injunction. To preserve the status quo while the Court considers the motion for temporary relief, pending further order of this Court, we temporarily order that the trial court's July 8, 2022 "Order Granting Plaintiffs Voes' and Roes' Applications for Temporary Injunction Against Jamie Masters, in Her Official Capacity as the Commissioner

of the Texas Department of Family and Protective Services, and the Texas Department of Family and Protective Services" is reinstated. *See* Tex. R. App. P. 29.3 ("[T]he appellate court may make any temporary orders necessary to preserve the parties' rights until disposition of the appeal . . . ."). The Court requests that appellants file a response to the motion for temporary relief on or before August 1, 2022.

It is ordered on July 20, 2022.


Before Chief Justice Byrne, Justices Triana and Smith